**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**IN RE: NATURAL STATE CONTRACTORS INC.**          **Case No.: 6:25-bk-71062**
         **Debtor**                                                          **(Chapter 11)**

**ORDER APPROVING MOTION TO ESCROW FUNDS**
**FOR ADVANCE FEES AND EXPENSES**
**FOR CHAPTER 11 SUBCHAPTER V TRUSTEE**

On  July 1st, 2025, Beverly I. Brister, the Chapter 11 Subchapter V trustee, filed her

Motion to Escrow Funds for Advance Fees and Expenses for Chapter 11 Subchapter V Trustee

(Doc. #15) in the above-referenced case. After reviewing the file and being sufficiently advised,

it is hereby

ORDERED that the Motion to Escrow Funds for Advance Fees and Expenses for Chapter

11 Subchapter V Trustee is approved and the Debtor is hereby Ordered to pay Escrow Funds to

the Trustee as set forth in the Motion and shown below:

1. **Payments of Escrow Funds to Subchapter V Trustee**:  The Debtor shall be

   required to pay Escrow Funds to the Subchapter V Trustee by the following

   Schedule:

   a.  Within ten (10) days from the entry of an Order to Escrow Funds, the Debtor

   must pay the Trustee an advance fee and expense deposit in the amount of

   $1,000.00.

   b.  Thereafter, by the last day of each successive month, the Debtor must pay the

   Trustee an advance fee and expense deposit in the amount of **the lesser of** two

   percent (2%) of the Debtor's gross monthly income for the preceding month,

   as derived from the Debtor's monthly operating reports, or $500.00, until a

   Plan is confirmed or until the total amount held by the Trustee is $3,000.00.

    c.  If the advance deposit drops below $3,000.00 because the Trustee was paid authorized compensation from the deposit, the Debtor must restart monthly payments in the amount of the lesser of two percent (2%) of the Debtor's gross monthly income for the preceding month, as derived from its monthly operating reports, or $500.00, until a Plan is confirmed or until the total amount held by the Trustee is $3,000.00.

2. **Funds Held in Escrow**:  All Escrow Funds shall be placed in the Subchapter V Trustee's Trust Account, and shall be accounted for and remain property of the Debtor's bankruptcy estate until an Order of this court deems the fees payable to the Subchapter V Trustee.

3. **Use of Escrow Funds**:  Disbursements from the Escrow Funds shall be solely pursuant to Orders of this Court approving compensation/administrative expenses to the Subchapter V Trustee.

4. **Method of Payment of Escrow Funds to Subchapter V Trustee**:  Escrow Fund payments shall be made by check and mailed via United States Mail to the Trustee. Escrow Fund payments will continue until further Order of the Court including, but not limited to, an Order confirming a Plan, dismissing the case, or converting the case to another chapter of the Bankruptcy Code.

5. **Treatment of Funds**:  Escrow Funds held pursuant to this Order, which are not disbursed in accordance herewith or pursuant to a separate Court Order, shall be retained by the Subchapter V Trustee until Plan confirmation or dismissal of the case. If a Plan is confirmed, the Subchapter V Trustee shall distribute any remaining Escrow Funds in accordance with the Plan.  If a Plan is not confirmed, the Subchapter

V Trustee shall file a final application for unpaid services and expenses and return any remaining Escrow Funds not expended pursuant to court order to the Debtor.

    a. **Modification of Order:** This Order may be modified by unanimous agreement of the Debtor, the Subchapter V Trustee, and the United States Trustee, provided that a subsequent Agreed Order indicating the specific modifications is submitted to the Court for entry before the change takes effect.

IT IS SO ORDERED.

_____
Hon. Richard Taylor
United States Bankruptcy Judge
Dated: July 28, 2025

Approved by:

/s/Marc Honey_____
Marc Honey, Attorney for Debtor

Prepared By:
/s/ Beverly I. Brister_____
Beverly I. Brister, Subchapter V Trustee